COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:                    01-13-00123-CV

Trial Court Cause
Number:                          09-CV-0147

Style:                           In re Texas Windstorm Insurance Association

Date motion filed[*]:            February 12, 2013

Type of motion:                  Emergency Motion to Seal

Party filing motion:             Relator

Document to be filed:            Supplemental record and response

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: Relator's motion represents that the trial court "ordered that the entire disqualification proceeding be conducted under seal." Relator is ordered to supplement the mandamus record with any filings, transcripts, and rulings relating to the sealing of court records in the trial court pursuant to Tex. R. Civ. P. 76a. Any real party in interest who may be opposed to relator's emergency motion to seal shall immediately so inform the clerk of the court and file a response no later than February 19, 2013.

Judge's signature: /s/ Michael Massengale
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 12, 2013